■ Zahra Pakatchi et al., Appellants, v Sisters of Charity Hospital et al., Respondents.—Order unanimously affirmed without costs *(see, Sceusa v Mastor,* 135 AD2d 117, and cases cited therein). (Appeal from order of Supreme Court,

Erie County, Gossel, J.—dismiss complaint.) Present—Dillon, P. J., Doerr, Green, Pine and Balio, JJ.